IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-026 |
| | § | |
| CHRISTOPHER POLLET | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 27.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 6, 2011 |
| Responses are to be filed by: | September 19, 2011 |
| Pretrial conference is reset to: | **September 26, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 3, 2011, at 9:00 a.m.** |

SIGNED on June 9, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge